UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


WILLIAM SIVLEY,

     Petitioner,                            Case No. 1:06-cv-711

v                                       HON. JANET T. NEFF

KENNETH ROMANOWSKI,

     Respondent.

_____/


**<u>FINAL ORDER</u>**


In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that Petitioner's Objections (Dkt 15) are DENIED and the

Report and Recommendation (Dkt 14) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkt 1) is DENIED

for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. §

2253(c) is DENIED as to each issue asserted.


Date: February 10, 2010                /s/ Janet T. Neff                
                                         JANET T. NEFF
                                         United States District Judge